## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK
## BROOKLYN DIVISION

| | |
|---|---|
| KIRYAT BELZ JERUSALEM,<br><br>                  Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                  Defendant. | Civil Action No. 1:20-cv-5810-DG-PK |

### MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Massachusetts Mutual Life Insurance Company ("MassMutual"), by and through its undersigned attorneys, hereby submits its disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and states as follows:

1. MassMutual is a nongovernmental corporate party.

2. MassMutual does not have a parent corporation.

3. MassMutual is not directly or indirectly a publicly held corporation.

Dated: February 2, 2021

Respectfully submitted,

 s/ *Kate L. Villanueva*
Kate L. Villanueva (N.Y. I.D. No. 4335543)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania  19103
Telephone: 215-988-2535
Email: kate.villanueva@faegredrinker.com

*Attorney for Defendant Massachusetts Mutual Life Insurance Company*

**CERTIFICATE OF SERVICE**

I, Kate L. Villanueva, hereby certify that on February 2, 2021, a true and correct copy of Defendant Massachusetts Mutual Life Insurance Company's Rule 7.1 Corporate Disclosure Statement was served via the Court's Electronic Filing System upon the following counsel of record:

Alexander Kadochnikov
SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV, LLP
8002 Kew Gardens Rd., Ste. 600
Kew Gardens, NY 11415

Dated:  February 2, 2021            By:     */s/ Kate L. Villanueva*
                                            Kate L. Villanueva